IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 13-cr-00170-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JASON PORTNER,

    Defendant.

## PROTECTIVE ORDER

**Blackburn, J.**

The matter is before me on the government's **Motion For Order Pursuant To 18 U.S.C. § 3509(m)** [#19][1] filed September 18, 2013. After reviewing the motion and the record, I make the following findings:

1.  That due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(m), apply to this case. Under that provision, any property or material that constitutes child pornography shall remain in the care, custody and control of either the government or the court; and

2.  That defendant has retained a computer forensic examiner, Mr. Josiah Roloff, of Global CompuSearch, LLC, to review digital evidence in this case. The digital

---

[1] "[#19" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

evidence contains child pornography.  The government has made arrangements for the examiner's review of the computer evidence at a government facility, namely, the Northwest Regional Computer Forensics Laboratory ("RCFL") in Portland, Oregon, the review shall take place during normal business hours.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the government's **Motion For Order Pursuant To 18 U.S.C. § 3509(m)** [#19] filed September 18, 2013, is **GRANTED**;

2.  That the examiner, Mr. Josiah Roloff, will have access to the digital evidence in this case at the Northwest RCFL during business hours of that lab, and on advance notice of not less than 24 hours;

3.  That with the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the examiner, Mr. Josiah Roloff, may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.  Mr. Roloff will certify in writing that he has not taken, reproduced, duplicated, or copied materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.  An individual at the Northwest RCFL is permitted to perform a cursory check of the materials Mr. Roloff created to ensure that child pornography is not removed from the RCFL; and

4.  That the digital evidence produced by the government under this agreement will be used solely for the purposes of this criminal proceeding and for no other purpose. Persons having access to this digital evidence and the information it contains shall not

reproduce, duplicate, or copy this material in any manner other than in relation to this case.

Dated September 19, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge